UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FORTAS T. HAZELWOOD,

    Plaintiff,

  v.                                            Case No. 17-C-315

CITY OF MILWAUKEE and
JEFF HARVEY,

    Defendants.

## ORDER OF DISMISSAL

Based upon the Report and Recommendation of Magistrate Judge David E. Jones, which is hereby adopted in full, as well as the plaintiff's failure to object, this case is ordered dismissed with prejudice for lack of diligence pursuant to Civil L.R. 41(c). The Clerk is directed to entered Judgment forthwith.

Dated this __13th__ day of July, 2017.

                                            s/ William C. Griesbach
                                            William C. Griesbach, Chief Judge
                                            United States District Court